MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca, Bar No. 221576
Geoffrey T. Holtz, Bar No. 191370
Ellie F. Chapman, Bar No. 305473
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 1.415.442.1000
Fax: 1.415.442.1001
brian.rocca@morganlewis.com
gholtz@morganlewis.com
ellie.chapman@morganlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TSI USA LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>UBER TECHNOLOGIES, INC,<br><br>　　　　　　　Defendant. | Case No. 4:17-cv-03536-HSG<br><br>**STIPULATION AND ORDER RE DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT AND RELATED BRIEFING SCHEDULE; AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 4:17-cv-03536-HSG

STIPULATION AND ORDER

1  Pursuant to Local Rules 6-1 and 6-2, the parties hereby stipulate to an extension of the deadline for Defendant to respond to the Complaint and for an enlargement of the related briefing schedule. The parties further stipulate for a continuance of the Case Management Conference and all initial case management deadlines.

**RECITALS**

WHEREAS, this matter was recently transferred from the United States District Court for the Northern District of Texas;

WHEREAS, on July 25, 2017, this matter was reassigned to the Honorable Haywood S. Gilliam;

WHEREAS, on August 1, 2017, the Clerk issued a notice scheduling a Case Management Conference for September 22, 2017 at 2:00 p.m.;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred about certain scheduling matters and have reached agreement on a proposed schedule for Defendant's forthcoming motion to dismiss and the Case Management Conference;

WHEREAS, the parties agree that efficiency would be served by continuing the Case Management Conference until a date after the proposed hearing on the motion to dismiss, to help logically sequence case events;

WHEREAS, the parties have not previously sought an order modifying the case schedule or otherwise extending deadlines in this matter;

THEREFORE, the parties, through their undersigned counsel, stipulate as follows, and request that the Court enter an order setting the following deadlines:

1. Defendant shall file its motion to dismiss on or before August 31, 2017.
2. Plaintiff shall file its opposition on or before September 28, 2017.
3. Defendant shall file its reply on or before October 12, 2017.
4. The motion to dismiss shall be noticed for hearing on October 26, 2017.
5. The Case Management Conference shall be continued until November 28, 2017 or until a date otherwise ordered by the Court.

//

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Case No. 4:17-cv-03536-HSG
STIPULATION AND ORDER

**IT IS SO STIPULATED.**

DATED: August 24, 2017    By: /s/ *Brian C. Rocca*

Brian C. Rocca[1]
MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for Defendants*

DATED: August 24, 2017    By: /s/ *Steven M. Shebar*

Steven M. Shebar
SHEBAR LAW FIRM
*Attorneys for Plaintiff*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 25, 2017

*Haywood S. Gill, Jr.*
United States District Judge

---

[1] Brian C. Rocca, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Steven M. Shebar, prior to its filing.