1  SHEBAR LAW FIRM
   Steven M. Shebar (pro hac vice application to be submitted)
2  steveshebar@shebarlaw.com
   110 N. Gables Blvd.
3  Wheaton, Illinois 60187
   Telephone: 630.877.6833
4
   *Attorneys for Plaintiff*
5
   MORGAN, LEWIS & BOCKIUS LLP
6  Brian C. Rocca, Bar No. 221576
   brian.rocca@morganlewis.com
7  Geoffrey T. Holtz, Bar No. 191370
   geoffrey.holtz@morganlewis.com
8  Ellie F. Chapman, Bar No. 305473
   ellie.chapman@morganlewis.com
9  One Market, Spear Street Tower
   San Francisco, California 94105-1596
10 Telephone: 415.442.1000
   Facsimile:  415.442.1001
11
   *Attorneys for Defendant*
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TSA USA LLC, | Case No. 4:17-cv-03536-HSG |
| Plaintiff, | Hon. Haywood S. Gilliam, Jr. |
| v. | **JOINT STIPULATION AND ORDER ENLARGING TIME FOR FILING OF OPPOSITION AND REPLY BRIEFS IN CONNECTION WITH DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Pursuant to Rule 6-1(b) of the Civil Local Rules for the Northern District of California ("Local Rules"), Plaintiff TSI USA, LLC ("TSI") and Defendant Uber Technologies, Inc. ("Uber"), by their respective undersigned counsel of record, hereby submit their Joint Stipulation Enlarging Time for Filing Of Opposition and Reply Briefs in Connection with Defendant's Motion to Dismiss the First Amended Complaint ("FAC").

1. Plaintiff asked Defendant's consent for an enlargement of time in which to file its opposition to Defendant's motion to dismiss, due to Plaintiff's counsel's undergoing an unforeseen, serious medical issue. Defendant's counsel consented to the requested extension of four total days (two business days), from September 28 to October 2, 2017, for the filing of Plaintiff's Opposition. The parties agreed to an equal extension for Defendant's reply, from October 12 to October 16, 2017.

2. The original briefing schedule was the result of a So-Ordered stipulation, entered on August 25, 2017, based on "the parties agreement that efficiency would be served by continuing the Case Management Conference until a date after the proposed hearing on the motion to dismiss, to help logically sequence case events." Other than this stipulation, there have been no previous time modifications in the case, whether by stipulation or Court order.

3. The effect on scheduled matters in the case, other than the parties' briefing schedule, is shortening from 14 days to 10 days, the time between the filing of the reply and the hearing before this Court on the motion to dismiss, which is set for October 26, 2017 at 2:00 p.m.

THEREFORE, the parties, through their undersigned counsel, stipulate as follows, and request that the Court enter an order re-setting the remaining briefing schedule as follows:

1. Plaintiff shall file its opposition to the motion on or before October 2, 2017.

2. Defendant shall file its reply on or before October 16, 2017.

3. The hearing date for the motion to dismiss shall remain unchanged.

**IT IS SO STIPULATED.**

Dated: September 29, 2017      By    */s/ Brian C. Rocca*
                                                         Brian C. Rocca[1]

MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant

---

[1] Brian C. Rocca, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Steven M. Shebar, prior to its filing.

Dated: September 29, 2017  By  */s/ Steven M. Shebar*
Steven M. Shebar

SHEBAR LAW FIRM
Attorneys for Plaintiff

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 2, 2017

_____
UNITED STATES DISTRICT JUDGE