# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TSI USA, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No.:4-17-cv-03536-HSG<br><br>**ORDER**<br><br>Date and Time: October 26, 2017, at 2:00 pm<br>Judge: The Honorable Haywood S. Gilliam, Jr.<br>Dept.: Courtroom 2, 4th Floor |

ORDER

GOOD CAUSE APPEARING, Plaintiff's Motion for Leave to File Its Opposition to Defendant's Motion to Dismiss is GRANTED.

IT IS SO ORDERED.

DATED: October 6, 2017

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE