| | PRATHER LAW OFFICES
1 | Edwin K. Prather, CABN 190536
2 | 245 Fifth Street, Suite 103
3 | San Francisco, CA 94013
| 415-881-7774
4 | Edwin@pratherlawoffices.com

5 | SHEBAR LAW FIRM
| Steven M. Shebar (*pro hac vice*)
6 | 110 N. Gables Blvd.
| Wheaton, IL 60187
7 | 630-877-6833
| steveshebar@shebarlaw.com
8

9 | *Attorneys for Plaintiff*
| TSI USA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| TSI USA, LLC, | Case No.: 4-17-cv-03536-HSG |
|---|---|
| Plaintiff, | **MOTION FOR ADMISSION, PRO HAC VICE, TO PRACTICE BEFORE THE U.S.D.C. FOR THE NORTHERN DISTRICT OF CALIFORNIA; ORDER** |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

I, Steven M. Shebar, an active member in good standing of the bars of the courts and federal jurisdiction set forth below, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: TSI USA, LLC, the plaintiff in the above-entitled action. My local co-counsel in this case is Edwin K. Prather, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California and in this federal judicial district.

**APPLYING ATTORNEY:**

    Steven M. Shebar
    SHEBAR LAW FIRM
    110 N. Gables Blvd.
    Wheaton, IL 60187
    630-877-6833
    steveshebar@shebarlaw.com

**LOCAL COUNSEL:**

    Edwin K. Prather
    PRATHER LAW OFFICES
    245 Fifth Street, Suite 103
    San Francisco, CA 94013
    415-881-7774
    edwin@pratherlawoffices.com

I am presently admitted to practice in the following state jurisdictions:

- Illinois, admitted 2008, active and in good standing; ID 6297608
- New York, admitted 1992, active and in good standing, ID 2496271
- Massachusetts, admitted 1992, inactive and in good standing, ID 560097

I am presently admitted to practice in the following federal jurisdictions:

- N.D. Ill. (member, Trial Bar), admitted 2010, in good standing
- N.D. Tex., admitted 2011, in good standing
- S.D.N.Y., admitted 1992, in good standing
- 6th Cir., admitted 1993, in good standing
- 7th Cir., admitted 2011, in good standing

As set forth above, I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia.

A true and correct copy of a certificate of good standing or equivalent official document from the Illinois bar (where my office is currently located) is attached to this application. I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

MOTION FOR ADMISSION, PRO HAC VICE, TO PRACTICE BEFORE THE U.S.D.C. FOR
THE NORTHERN DISTRICT OF CALIFORNIA; ORDER [Case No. 4-17-cv-03536-HSG]

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2017

                                                                                                    _____
                                                                                                    Steven M. Shebar
                                                                                                    Attorney for Defendant
                                                                                                    TSI USA, LLC

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED the application of Steven M. Shebar is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

IT IS SO ORDERED.

Dated: October 6, 2017

                                                                             HONORABLE HAYWOOD S. GILLIAM, JR.
                                                                             UNITED STATES DISTRICT JUDGE