**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| TSI USA, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No.:4-17-cv-03536-HSG<br><br>**ORDER**<br><br>Date and Time: October 26, 2017, at 2:00 pm<br>Judge: The Honorable Haywood S. Gilliam, Jr.<br>Dept.: Courtroom 2, 4th Floor |

ORDER

GOOD CAUSE APPEARING, Plaintiff's Motion to Amend/Correct Its Opposition to Defendant's Motion to Dismiss the First Amended Complaint to Include Tables, as Required by Local Rule 7-4(a)(2), is GRANTED.

IT IS SO ORDERED.

DATED: October 16, 2017

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE