SHEBAR LAW FIRM
Steven M. Shebar (pro hac vice)
steveshebar@shebarlaw.com
110 N. Gables Blvd.
Wheaton, Illinois 60187
Telephone: 630.877.6833

PRATHER LAW OFFICES
Edwin K. Prather, CABN 190536
edwin@pratherlawoffices.com
245 Fifth Street, Suite 103
San Francisco, CA 94013
Telephone: 415.881.7774

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Geoffrey T. Holtz, Bar No. 191370
geoffrey.holtz@morganlewis.com
Ellie F. Chapman, Bar No. 305473
ellie.chapman@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1596
Telephone: 415.442.1000

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TSA USA LLC, | Case No. 4:17-cv-03536-HSG |
| Plaintiff, | **JOINT STIPULATION AND ORDER RE CHOICE OF LAW AND RELATED ISSUES** |
| v. | |
| UBER TECHNOLOGIES, INC., | Hon. Haywood S. Gilliam, Jr. |
| Defendant. | |

On October 17, 2017, the Court entered an order entitled, ORDER DIRECTING SUPPLEMENTAL BRIEFING ON DEFENDANT'S MOTION TO DISMISS. *See* Dkt. No. 59. Following that Order, the parties met and conferred relating to choice-of-law and related issues.

The parties reached an agreement that California substantive law applies to this action.

Plaintiff requested an opportunity to file a supplement to its opposition brief to address the third claim for relief (for fraud) under California law. Defendant agreed to that request.

Defendant requested an opportunity to file a reply in response to the proposed supplemental opposition. Plaintiff agreed to that request.

THEREFORE, the parties, through their undersigned counsel, STIPULATE and request that the Court enter an ORDER, as follows:

1. California substantive law shall apply in this action.

2. Plaintiff shall file, on or before November 2, 2017, a supplement to its opposition brief, not to exceed three pages, relating to its third claim for relief (for fraud).

3. Defendant shall file, on or before November 9, 2017, a brief in reply to Plaintiff's supplemental opposition brief, not to exceed three pages.

**IT IS SO STIPULATED.**

Dated: October 31, 2017     By ___*/s/ Brian C. Rocca*___
                                    Brian C. Rocca[1]

MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant

Dated: October 31, 2017     By ___*/s/ Steven M. Shebar*___
                                    Steven M. Shebar

SHEBAR LAW FIRM
Attorneys for Plaintiff

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 31, 2017     _____
                            UNITED STATES DISTRICT JUDGE

---

[1] Brian C. Rocca, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Steven M. Shebar, prior to its filing.