SHEBAR LAW FIRM
Steven M. Shebar (pro hac vice)
steveshebar@shebarlaw.com
110 N. Gables Blvd.
Wheaton, Illinois 60187
Telephone: 630.877.6833

PRATHER LAW OFFICES
Edwin K. Prather, CABN 190536
edwin@pratherlawoffices.com
245 Fifth Street, Suite 103
San Francisco, CA 94013
Telephone: 415.881.7774

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Geoffrey T. Holtz, Bar No. 191370
geoffrey.holtz@morganlewis.com
Ellie F. Chapman, Bar No. 305473
ellie.chapman@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1596
Telephone: 415.442.1000

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TSA USA LLC, | Case No. 4:17-cv-03536-HSG |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| UBER TECHNOLOGIES, INC., | Hon. Haywood S. Gilliam, Jr. |
| Defendant. | |

The parties have now completed their respective briefing related to Defendant's motion to dismiss.  Dkt No. 42.

A Case Management Conference is currently scheduled in the above-referenced matter on November 28, 2017.

The parties met and conferred relating to the most logical sequencing of case events in this action, including the timing of the Case Management Conference and related deadlines.

Subject to the Court's approval, the parties agreed that it would be most efficient to continue the Case Management Conference, and all related deadlines under Rule 26(a), (f) and the Court's ADR Local Rules, to a later date, as the Court's ruling on the motion to dismiss may impact the need for, and/or nature and scope of, the Case Management Conference and related submissions.

THEREFORE, the parties, through their undersigned counsel, STIPULATE and request that the Court enter an ORDER, as follows:

1. The Case Management Conference currently scheduled on November 28, 2017 shall be continued until January 30, 2018 at 2:00 p.m., or until a date and time otherwise ordered by the Court.

2. The deadlines under the Court's ADR Local Rules are continued to 21 days before the Case Management Conference.

3. The deadlines under Rule 26(a) and (f) are continued to seven days before the Case Management Conference.

**IT IS SO STIPULATED.**

Dated:  November 15, 2017      By   /s/ Brian C. Rocca
                                    Brian C. Rocca[1]

                               MORGAN, LEWIS & BOCKIUS LLP
                               Attorneys for Defendant

Dated:  November 15, 2017      By   /s/ Steven M. Shebar
                                    Steven M. Shebar

                               SHEBAR LAW FIRM
                               Attorneys for Plaintiff

---

[1] Brian C. Rocca, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Steven M. Shebar, prior to its filing.

1
2    **[PROPOSED] ORDER**

     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4
     Dated: _____   _____
5                                              UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28