| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | MORGAN, LEWIS & BOCKIUS LLP<br>Brian C. Rocca, Bar No. 221576<br>Geoffrey T. Holtz, Bar No. 191370<br>Ellie F. Chapman, Bar No. 305473<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Tel:  1.415.442.1000<br>Fax: 1.415.442.1001<br>brian.rocca@morganlewis.com<br>gholtz@morganlewis.com<br>ellie.chapman@morganlewis.com |
| 7 | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TSI USA LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC,<br><br>    Defendant. | Case No. 4:17-cv-03536-HSG<br><br>**STIPULATION AND ORDER RE SCHEDULE IN LIGHT OF RECENT ORDER ON MOTION TO DISMISS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 4:17-cv-03536-HSG
STIPULATION AND ORDER RE SCHEDULE IN LIGHT OF RECENT ORDER ON MOTION TO DISMISS

# RECITALS

WHEREAS, on September 25, 2018, the Court filed an Order Granting in Part and Denying in Part Defendant's Motion to Dismiss (the "Rule 12 Order") (Dkt. 68);

WHEREAS, under the Rule 12 Order, should TSI choose to amend the Complaint, it must do so no later than 28 days from the date of the Rule 12 Order—namely, by October 23, 2018;

WHEREAS, the Court also ordered the parties to meet and confer in good faith as to whether ADR may provide a more efficient mechanism for resolving their dispute;

WHEREAS, counsel for the parties have met and conferred as directed by the Court and are considering whether informal and/or private ADR options could help resolve this matter;

WHEREAS, counsel for the parties agree that, prior to commencing further litigation activity, additional time may be helpful in the parties' evaluation of ADR options;

THEREFORE, the parties, through their undersigned counsel, and subject to the Court's approval, stipulate as follows:

1. The parties' deadline to file ADR materials under Local Rule 3-5 shall be continued from October 19, 2018 to November 30, 2018.

2. TSI's deadline under the Rule 12 Order to amend the Complaint, if it chooses to do so, shall be continued from October 23, 2018 to December 7, 2018.

3. Uber's deadline to respond to any amended Complaint, or to answer the operative Complaint if not amended, shall be 30 days after the continued deadline for TSI to amend, or January 7, 2019.

4. Other than as stipulated and ordered here, any other case deadlines shall be held in abeyance pending the parties' continued exploration of ADR options.

**IT IS SO STIPULATED.**

DATED: October 4, 2018     By:  /s/ *Brian C. Rocca*

Brian C. Rocca[1]
MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for Defendant*

---

[1] Brian C. Rocca, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Steven M. Shebar, prior to its filing.

DATED: October 4, 2018    By:  /s/ *Steven M. Shebar*
                                Steven M. Shebar
                                SHEBAR LAW FIRM
                                *Attorneys for Plaintiff*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 10, 2018

_____
United States District Judge