MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca, Bar No. 221576
Geoffrey T. Holtz, Bar No. 191370
Ellie F. Chapman, Bar No. 305473
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 1.415.442.1000
Fax: 1.415.442.1001
brian.rocca@morganlewis.com
gholtz@morganlewis.com
ellie.chapman@morganlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TSI USA LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC,<br><br>            Defendant. | Case No. 4:17-cv-03536-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE PENDING ADR PROCESS** |

**RECITALS**

WHEREAS, on December 18, 2018, the Court held a telephonic conference regarding the parties' ADR election (Dkt. 73);

WHEREAS, on December 19, 2019, per the Court's instruction, the parties submitted an updated Stipulation and [Proposed] Order Selecting ADR Process;

WHEREAS, the parties have stipulated to conduct a mediation under ADR Local Rule 6 and have requested a deadline of March 15, 2019 to complete that process;

WHEREAS, the parties agree that, in the interest of efficiency and to facilitate a good faith ADR process, any further litigation activity should be temporarily held in abeyance pending completion of the ADR process;

THEREFORE, the parties, through their undersigned counsel, and subject to the Court's approval, stipulate as follows:

Any case deadlines, including, without limitation, Plaintiff's time to amend the Complaint and Defendant's time to respond thereto, shall be held in abeyance and tolled from the date of the filing of this stipulation up to and including March 15, 2019.

**IT IS SO STIPULATED.**

DATED: December 19, 2018      By: /s/ *Brian C. Rocca*

Brian C. Rocca[1]
MORGAN, LEWIS & BOCKIUS LLP
*Attorneys for Defendant*

DATED: December 19, 2018      By: /s/ *Steven M. Shebar*

Steven M. Shebar
SHEBAR LAW FIRM
*Attorneys for Plaintiff*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/20/2018

United States District Judge

---

[1] Brian C. Rocca, the filer of this document, obtained the consent of Mr. Shebar before its filing.

1                                                                              Case No. 4:17-cv-03536-HSG
STIPULATION AND [PROPOSED] ORDER RE SCHEDULE PENDING ADR PROCESS