MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca, Bar No. 221576
Geoffrey T. Holtz, Bar No. 191370
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: 1.415.442.1000
Fax: 1.415.442.1001
brian.rocca@morganlewis.com
gholtz@morganlewis.com
ellie.chapman@morganlewis.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TSI USA LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC,<br><br>  Defendant. | Case No. 4:17-cv-03536-HSG<br><br>**STIPULATION AND ORDER RE SCHEDULE FOR SECOND AMENDED COMPLAINT** |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

Case No. 4:17-cv-03536-HSG
STIPULATION AND ORDER RE SCHEDULE FOR SECOND AMENDED COMPLAINT

WHEREAS, on March 22, 2019, per the Court's instruction, the parties submitted a Joint Status Report On Mediation Session;

WHEREAS, following the ADR process, the parties have met and conferred regarding an efficient and logically-sequenced schedule for upcoming case activity;

WHEREAS, Plaintiff has indicated that it intends to file a Second Amended Complaint, and Defendant has indicated that it will likely move to dismiss the Second Amended Complaint in whole or in part;

THEREFORE, the parties, through their undersigned counsel, and subject to the Court's approval, stipulate as follows:

Plaintiff shall file a Second Amended Complaint on or before April 16, 2019.

Defendant shall file a motion to dismiss the Second Amended Complaint on or before May 16, 2019. The briefing schedule for the motion shall conform with the requirements in Local Rules 7-2 and 7-3, and the hearing on the motion, if any, shall be noticed in accordance with Judge Gilliam's calendar for civil motions, and relevant scheduling notes.

A Case Management Conference will be scheduled by the Court, subject to the Court's availability, within 30 days following an order on the above-referenced motion to dismiss, or as soon thereafter as the Court's schedule permits.

**IT IS SO STIPULATED.**

DATED: April 10, 2019      By:  /s/ *Brian C. Rocca*
                                Brian C. Rocca[1]
                                MORGAN, LEWIS & BOCKIUS LLP
                                *Attorneys for Defendant*

DATED: April 10, 2019      By:  /s/ *Steven M. Shebar*
                                Steven M. Shebar
                                SHEBAR LAW FIRM
                                *Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 11, 2019            /s/ Haywood S. Gilliam Jr.
                                 United States District Judge

---

[1] Brian C. Rocca, the filer of this document, obtained the consent of Mr. Shebar before its filing.