# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| TSI USA, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Case No.:4-17-cv-03536-HSG<br><br>[~~PROPOSED~~] ORDER<br><br>Judge: The Honorable Haywood S. Gilliam, Jr. |

GOOD CAUSE APPEARING, Plaintiff's Motion for Leave to File Its Second Amended Complaint is GRANTED. Counsel must e-file the second amended complaint today by the close of business.

IT IS SO ORDERED.

DATED: 4/22/2019

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT JUDGE

PLAINTIFF TSI USA, LLC'S MOTION FOR LEAVE INSTANTER, TO FILE ITS SECOND AMENDED COMPLAINT; [~~PROPOSED~~] ORDER [Case No. 4-17-cv-03536-HSG]