1  MORGAN, LEWIS & BOCKIUS LLP
   Brian C. Rocca, Bar No. 221576
2  Geoffrey T. Holtz, Bar No. 191370
   Cristina A. Ashba, Bar No. 294065
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1596
4  Tel:    +1.415.442.1000
   Fax:    +1.415.442.1001
5  brian.rocca@morganlewis.com
   geoffrey.holtz@morganlewis.com
6  cristina.ashba@morganlewis.com

7  Attorneys for Defendant
   Uber Technologies, Inc.

8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13  TSI USA, LLC,                    Case No. 4:17-cv-03536-HSG

14                Plaintiff,         **SUPPLEMENTAL DECLARATION OF
                                     BRIAN C. ROCCA IN SUPPORT OF
15          vs.                      DEFENDANT UBER
                                     TECHNOLOGIES, INC.'S MOTION
16  UBER TECHNOLOGIES, INC.,         FOR ATTORNEYS' FEES**

17                Defendant.         Judge:     Hon. Haywood S. Gilliam, Jr.
                                     Dept:      Courtroom 2 - 4th Floor
18
                                     **Disposition Without Oral Argument**
19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    I, Brian C. Rocca, declare:

2    1.    I am an attorney duly licensed to practice in the State of California.  I am a

3    member of good standing of the State Bar of California and am admitted to practice before this

4    Court.  I am a partner at the law firm Morgan, Lewis & Bockius LLP, in San Francisco,

5    California, and I serve as the Office Managing Partner of that office.  I am counsel of record for

6    Defendant in this matter.  I make this supplemental declaration in response to the Court's order

7    dated January 6, 2020.  ECF 116.  I have personal knowledge of the facts set forth in this

8    declaration and, if called and sworn as a witness, I could competently testify to them.

9    2.    My prior declaration (ECF 104) provided, among other information, details about

10   the qualifications and standard hourly rates for each member of my team.  E.g., ECF 104, ¶¶ 8,

11   14-17.  In the interest of efficiency, I will not repeat that information again, but I incorporate it

12   here by reference.

13   3.    In connection with this supplemental declaration, I personally reviewed all of the

14   time charges booked in connection with the various tasks identified by the Court in its order, as

15   well as the work associated with Defendant's motion to dismiss to Second Amended Complaint.

16   Based on my careful review of the time charges booked, I have prepared a series of tables below

17   to help the Court understand how much time and expense was incurred in connection with each

18   task.  For ease of reference, each table includes the name of task and any related ECF references,

19   the date range of the work performed for each task, and true and correct totals of the hours

20   worked per task for each attorney, and the related fees.

21   4.    The first set of tables below (Tables A through G) reflects the fees associated with

22   the specific tasks for which the Court already granted fees in favor of Defendant.  ECF 116.  As

23   noted above, I personally reviewed the time entries booked into our time recording system and

24   created the tables to assist the Court's review.  To be clear, these tables do not reflect *all* of the

25   time entries during the relevant time period.  Defendant incurred fees for many other tasks related

26   to the litigation (for which we are not seeking reimbursement).  Based on my experience, the

27   amount of time spent per task was reasonable in the context of the nature of this litigation, and is

28   fully consistent with billing practices for commercial litigation matters pending in the Bay Area.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 4:17-cv-03536-HSG
SUPPLEMENTAL DECLARATION OF BRIAN C. ROCCA IN SUPPORT OF
DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION FOR ATTORNEYS' FEES

**Table A**

| Reply Brief in Support of the Unopposed Motion to Dismiss (ECF 93) Date Range of Work Performed: 6/3/2019 – 6/6/2019 | | |
|---|---|---|
| ATTORNEY | HOURS | FEES |
| B. Rocca | 5.6 | $5,012 |
| G. Holtz | .8 | $760 |
| C. Ashba | .4 | $264 |
| *Total* | | *$6,036* |

**Table B**

| Response Re Order To Show Cause (ECF 96) Date Range of Work Performed: 9/10/2019 – 9/11/2019 | | |
|---|---|---|
| ATTORNEY | HOURS | FEES |
| B. Rocca | 2.0 | $1,790 |
| G. Holtz | 2.9 | $2,755 |
| C. Ashba | 0 | $0 |
| *Total* | | *$4,545* |

**Table C**

| Motion for Attorneys' Fees (ECF 103, 104, 107) Date Range of Work Performed: 8/26/2019 – 10/8/2019 | | |
|---|---|---|
| ATTORNEY | HOURS | FEES |
| B. Rocca | 16.4 | $14,678 |
| G. Holtz | 2.3 | $2,185 |
| C. Ashba | 0 | $0 |
| *Total* | | *$16,863* |

**Table D**

| Response to Plaintiff's Motion For Leave to File Opp. (ECF 114) Date Range of Work Performed: 12/7/2019 – 12/16/2019 | | |
|---|---|---|
| ATTORNEY | HOURS | FEES |
| B. Rocca | 5.1 | $4,564.50 |
| G. Holtz | 3.0 | $2,850 |
| C. Ashba | 1.3 | $858 |
| *Total* | | *$8,272.50* |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. 4:17-cv-03536-HSG

**Table E**

| Supplemental Declaration (ECF 117) Date Range of Work Performed: 1/6/2019 – 1/17/2019 | | |
|---|---|---|
| ATTORNEY | HOURS | FEES |
| B. Rocca | 5.4 | $4,833 |
| G. Holtz | 1.0 | $950 |
| C. Ashba | 0 | $0 |
| *Total* | | *$5,783* |

**Table F**

| Reply in Response to Belated Opposition re Fees (ECF 118) Date Range of Work Performed: 1/6/2019 – 1/17/2019 | | |
|---|---|---|
| ATTORNEY | HOURS | FEES |
| B. Rocca | 3.5 | $3,132.50 |
| G. Holtz | 4.8 | $4,560 |
| C. Ashba | 0 | $0 |
| *Total* | | *$7,692.50* |

5.      The fees reflected in Tables A through F above total $49,192.

6.      As reflected in the reply brief filed concurrently with this declaration (ECF 118), Defendant also seeks recovery of the fees associated with its motion to dismiss (ECF 90) the Second Amended Complaint.  The following table (Table G) reflects all of the time and fees associated with that specific task between April 22, 2019 (the date TSI first served the SAC) and May 16, 2019 (the date Defendant filed its motion to dismiss).

**Table G**

| Motion to Dismiss Second Amended Complaint (ECF 90) Date Range of Work Performed: 4/22/2019 – 5/16/2019 | | |
|---|---|---|
| ATTORNEY | HOURS | FEES |
| B. Rocca | 30.4 | $27,208 |
| G. Holtz | 6.5 | $6,175 |
| C. Ashba | 12.5 | $8,250 |
| *Total* | | *$41,633* |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

28

3

Case No. 4:17-cv-03536-HSG
SUPPLEMENTAL DECLARATION OF BRIAN C. ROCCA IN SUPPORT OF
DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION FOR ATTORNEYS' FEES

7.      As noted in Table G, the total amount of fees required to prepare and file the motion to dismiss (ECF 90) was $41,633.  The reply brief filed with this declaration identifies four main issues addressed by the motion to dismiss—namely, the claims for fraud and defamation, and the demands for attorneys' fees and exemplary damages.  If the Court awards fees for only certain aspects of the motion, I have provided below an estimate of the fees allocated to each of the four issues.  Consistent with our standard practice for recording time associated with motions, my team did not record time entries on a per-argument basis.  However, I am able to provide a reasonable allocation of our time based on the following factors:  (a) my direct knowledge of the work performed, as the principal drafter of the motion to dismiss; (b) my review of the as-filed brief, including the number of pages devoted to each of the four issues; and (c) my prior experience managing motion practice and how much time is typically devoted to different arguments in the same brief.  Based on these factors, Table H below provides a good faith allocation of the fees for the motion among the four issues:

**Table H**

| Allocation of Fees For Motion to Dismiss SAC (ECF 90) Among Four Key Issues | | | |
|---|---|---|---|
| ISSUE | PAGE CITATIONS | PERCENTAGE | ALLOCATED FEES |
| Fraud | ECF 90 at 1, 2-3, 4-5, 8-12 | 50% | $20,816.50 |
| Defamation | ECF 90 at 1, 3, 5-6, 12-15 | 25% | $10,408.25 |
| Attorneys' Fees | ECF 90 at 2-4, 6, 15 | 10% | $4,163.30 |
| Exemplary Damages | ECF 90 at 6, 2-4, 15-17 | 15% | $6,244.95 |
| | | *Total* | *$41,633* |

8.      Based on the above information, Defendant respectfully requests an order granting it fees in the amount of $90,825, which includes (a) the fees already granted by the Court, and (b) additional fees requested in connection with the motion to dismiss the SAC.  These fees are summarized below in Table I ("Summary Table").

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4                                               Case No. 4:17-cv-03536-HSG
SUPPLEMENTAL DECLARATION OF BRIAN C. ROCCA IN SUPPORT OF
DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION FOR ATTORNEYS' FEES

**TABLE I**

| SUMMARY TABLE | | | |
|---|---|---|---|
| **FEES ALREADY GRANTED BY THE COURT** | | | |
| **TABLE** | **TASK** | **ECF** | **FEES** |
| A | Reply Brief in Support of the Unopposed Motion to Dismiss | 93 | $6,036 |
| B | Response Re Order To Show Cause | 96 | $4,545 |
| C | Motion for Attorneys' Fees | 103-04, 107 | $16,863 |
| D | Response to Plaintiff's Motion For Leave to File Opposition | 114 | $8,272.50 |
| E | Supplemental Declaration | 117 | $5,783 |
| F | Reply in Response to Belated Opposition re Fees | 118 | $7,692.50 |
| | | **Subtotal** | **$49,192** |
| **ADDITIONAL FEES REQUESTED** | | | |
| **TABLE** | **TASK** | **ECF** | **FEES** |
| G, H | MTD re Fraud | 90 at 1, 2-3, 4-5, 8-12 | $20,816.50 |
| G, H | MTD re Defamation | ECF 90 at 1, 3, 5-6, 12-15 | $10,408.25 |
| G, H | MTD re Attorneys' Fees | ECF 90 at 2-4, 6, 15 | $4,163.30 |
| G, H | MTD re Exemplary Damages | ECF 90 at 6, 2-4, 15-17 | $6,244.95 |
| | | **Additional Subtotal** | **$41,633** |
| | **Total Fees Requested ($49,192 + $41,633)** | | **$90,825** |

9.      In my experience, based on managing several complex litigation matters and the related budgets and client invoices, Defendant's request for $90,825 in legal fees in connection with multiple incoming and outgoing court filings, is reasonable.  It is also consistent with my understanding of legal industry standards in the San Francisco Bay Area, based on my practice in

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

Case No. 4:17-cv-03536-HSG
SUPPLEMENTAL DECLARATION OF BRIAN C. ROCCA IN SUPPORT OF
DEFENDANT UBER TECHNOLOGIES, INC.'S MOTION FOR ATTORNEYS' FEES

1   local courts for almost 18 years.  As the lawyer primarily responsible for this matter, I believe the

2   work outlined above was necessary to properly represent my client, and to respond to Plaintiff's

3   pattern of missed deadlines and non-compliance with Court orders and Local Rules.

4           I declare under penalty of perjury under the laws of the United States of America that the

5   foregoing is true and correct.  Executed on January 16, 2020, in San Francisco, California.

6                                                           */s/ Brian C. Rocca*
                                                            Brian C. Rocca

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6                                    Case No. 4:17-cv-03536-HSG