SHEBAR LAW FIRM
Steven M. Shebar (pro hac vice)
steveshebar@shebarlaw.com
0N370 Fanchon Street
Wheaton, IL 60187
Telephone: 708.434.5669

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP
Brian C. Rocca, Bar No. 221576
brian.rocca@morganlewis.com
Geoffrey T. Holtz, Bar No. 191370
geoffrey.holtz@morganlewis.com
Cristina A. Ashba, Bar No. 294065
cristina.ashba@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1596
Telephone: 415.442.1000
Facsimile: 415.442.1001

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TSA USA LLC, | Case No. 4:17-cv-03536-HSG |
| Plaintiff, | Hon. Haywood S. Gilliam Jr. |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE DISCOVERY IN LIGHT OF COVID-19 TRAVEL AND WORK RESTRICTIONS** |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Pursuant to Rule 6-2 of the Civil Local Rules for the Northern District of California ("Local Rules"), Plaintiff TSI USA, LLC and Defendant Uber Technologies, Inc., by their respective undersigned counsel of record, hereby submit their Joint Stipulation Extending Time to Complete Discovery in Light of COVID-19 Travel and Work Restrictions.

1. This Court has previously set deadlines to complete discovery, with the most recent order setting a deadline of March 16, 2020 (ECF 112).

2. The parties have been engaged in discovery, with requests for production, interrogatories, and a number of depositions completed. The parties have also stipulated to remove a number of witnesses from their respective witness lists to narrow the scope of necessary discovery. A small number of depositions that were delayed due to travel schedules and by agreement were set to be completed the last week of March and early April, with no other changes to the currently scheduled dates.

3. Due to travel advisories and work restrictions put in place as a result of the COVID-19 virus, including most recently a broad order to "shelter in place" in Bay Area counties, where all counsel for defendant reside and one counsel for plaintiff resides, and because the remaining deposition witnesses with one exception reside outside of California, it is not practicable to complete the remaining discovery before the travel and work restrictions are lifted. Counsel have engaged in ongoing meet and confers about the feasibility of further case activity under the current circumstances, and agree that temporarily holding such activity in abeyance will help protect the health and well-being of the parties, witnesses and counsel.

4. Because the duration of the current restrictions is presently unknown, the parties will meet and confer to discuss the prompt conclusion of outstanding discovery when practicable to do so.

5. THEREFORE, the parties, through their undersigned counsel, stipulate as follows, and request that the Court enter an Order providing for the following:

    a. All currently noticed depositions are off calendar and stayed until further stipulation and/or order;

2

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING
TIME TO COMPLETE DISCOVERY IN LIGHT OF COVID-19
TRAVEL AND WORK RESTRICTIONS
Case No. 4:17-cv-03536-HSG

  b. Other outstanding fact discovery, as well as the exchange of expert reports, if any, are stayed until further stipulation and/or order;

  c. No later than 30 days from this stipulation, the parties agree to meet and confer in good faith to propose new deadlines for the remaining fact discovery and expert reports which are stayed and to discuss whether any future deadlines should be continued to a later date. As soon as it is practicable to do so, the parties will present to the Court, by stipulation or otherwise, proposals for a new deadline to complete the remaining discovery.

**IT IS SO STIPULATED.**

Dated: March 17, 2020     By    */s/ Geoffrey T. Holtz*
                 Geoffrey T. Holtz[1]

               MORGAN, LEWIS & BOCKIUS LLP
               Attorneys for Defendant

Dated: March 17, 2020     By    */s/ Steven M. Shebar*
                 Steven M. Shebar

               SHEBAR LAW FIRM
               Attorneys for Plaintiff

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____3/18/2019_____     /s/ Haywood S. Gilliam Jr.
                    UNITED STATES DISTRICT JUDGE

---

[1] Geoffrey T. Holtz, the filer of this document, hereby attests that he obtained the concurrence of the other signatory, Steven M. Shebar, prior to its filing.

3

Joint Stipulation And [Proposed] Order Extending Time To Complete Discovery In Light Of Covid-19 Travel And Work Restrictions
Case No. 4:17-cv-03536-HSG